HERMAN LOEB, Appellant, *v.* ALBERT SALOMON et al., Doing Business under the Firm Name of SALOMON BROTHERS & COMPANY, Respondents.

*Loeb* v. *Salomon*, 132 App. Div. 929, affirmed.
(Argued October 11, 1910; decided October 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 3, 1909, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover on an alleged contract of sale.

*Harold G. Aron* and *Daniel Burke* for appellant.

*John Frankenheimer* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.